IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 04-71303 |
| | ) | |
| ROBERT W. MATHUS, et al., | ) | Hon. Avern Cohn |
| | ) | Magistrate Judge Whalen |
| Defendants. | ) | |

## STIPULATED DISCLAIMER OF INTEREST AND DISMISSAL OF DEFENDANT STATE OF MICHIGAN DEPARTMENT OF TREASURY, ONLY

The United States of America and the State of Michigan Department of Treasury, by their undersigned counsel, hereby stipulate and agree as follows:

1. That the State of Michigan Department of Treasury disclaims all right, title or interest in the subject property located at 2005 W. Albain Road, Monroe, Michigan, which is more fully described as:

Part of the Northwest 1/4 of Section 8, Town 7, South, Range 8 East, described as follows: Commencing at a point on the center line of Albain Road, which is 2667.4 feet North 88 degrees 45 minutes 38 seconds West and 417.7 feet North 88 degrees 15 minutes 32 seconds West from the Northeast corner of said Section 8 as monumented by a railroad spike; thence South 01 degrees41 minutes 55 seconds West 1282.00 feet; thence South 88 degrees 15 minutes 32 seconds East 340.00 feet; thence South 01 degrees 41 minutes 55 seconds West1405.72 feet; thence North 89 degrees 08 minutes 46 seconds West 831.91 feet; thence North 01 degrees 45 minutes 38 seconds East 340.61 feet; thence South 88 degrees 15 minutes 32 seconds East 406.45 feet; thence North 01 degrees 41 minutes 55 seconds East 1078.00 feet; thence South 88 degrees 15 minutes 32 seconds East 10.00 feet; thence North 01 degrees 41 minutes 55 seconds East 1282.00 feet; thence South 38 degrees 15 minutes 32 seconds East 75 feet to the point of beginning.

2.  That this action shall be dismissed with respect to the defendant State of Michigan Department of Treasury, only, with prejudice and without costs or attorneys' fees.

FOR UNITED STATES OF AMERICA,          FOR STATE OF MICHIGAN
PLAINTIFF                              DEPARTMENT OF TREASURY,
                                       DEFENDANT

*s/ Elizabeth Lan Davis*                *s/Suann Cochran (w/fax consent 6-10-05)*
ELIZABETH LAN DAVIS                    SUANN COCHRAN
Trial Attorney, Tax Division           State of Michigan
U.S. Department of Justice             Assistant Attorney General
Post Office Box 55                     Cadillac Place
Ben Franklin Station                   3030 West Grand Boulevard
Washington, DC 20044                   Detroit, Michigan 48202
Telephone: (202) 307-6550              Telephone: (313) 456-0140

**IT IS SO ORDERED this 16th
day of June, 2005.**                    s/ Avern Cohn
                                       HON. AVERN COHN
                                       United States District Judge

- 2 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Stipulated Disclaimer of

Interest and Dismissal of Defendant State of Michigan Department of Treasury, Only has been

made upon the following by depositing a copy in the United States mail, postage prepaid, this

10th day of June, 2005:


Suann Cochran, Esquire
State of Michigan
Department of Attorney General
3030 W. Grand Boulevard
Suite 10-200
Detroit, Michigan 48202


*s/ Elizabeth Lan Davis*
ELIZABETH LAN DAVIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6550